HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKI MAHER,

    Plaintiff

    v.

AETNA LIFE INSURANCE COMPANY; ET AL.,

    Defendants.

No. 2:15-cv-00883-TSZ

JUDGMENT IN A CIVIL CASE

This action came to consideration before the Court. The issues have been considered and a decision has been rendered. Judgment is entered in favor of Plaintiff and against Defendants as follows:

1. Plaintiff's Motion for Judgment, Dkt No. 13, is GRANTED.

2. Defendants' Motion for Judgment, Dkt. No. 16, is DENIED.

3. Defendants shall pay Plaintiff short-term disability benefits for the period from March 24, 2014 through July 26, 2014, and shall pay Plaintiff long-term disability benefits from July 27, 2014 through the date of this Judgment. The amount of Plaintiff's short-term and long-term disability benefits shall be calculated in accordance with the terms of the ERISA plan at issue,

JUDGMENT - 1

No. 2:15-cv-00883-TSZ

including that her monthly long-term disability benefit shall be reduced by the amount of the monthly Social Security benefit she received after July 27, 2014.

    4.  Defendants shall pay Plaintiff pre-judgment interest on the unpaid short-term and long-term disability benefits at 7.0% per annum, and shall do so within 14 days after entry of judgment.

DATED this 3rd day of June, 2016.

_____
Thomas S. Zilly
United States District Judge

JUDGMENT - 2
No.  2:15-cv-00883-TSZ

**LAW OFFICE OF MEL CRAWFORD**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.694-1614  Fax 206.905-2342